IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHRISTOPHER BENNETT ELDER                                                                PLAINTIFF

v.                                         Case No. 2:24-cv-2013

CAPTAIN JACOB SHOOK;
SERGEANT JUSTICE CATO;
SERGEANT JOHN GRIFFITH;
CORRECTIONAL OFFICER FISHER; and
OFFICER MARCUS (All of Johnson County
Detention Center)                                                                        DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed February 26, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Ford recommends that this case be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g). The Clerk is directed to place a § 1915(g) strike flag on this case for future judicial consideration. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(g)(3), that any appeal from this dismissal would not be taken in good faith.

**IT IS SO ORDERED**, this 19th day of March, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge